UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN M. CABRAL, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CALIFORNIA RECONVEYANCE ) <br> COMPANY, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 09-02582 PVT <br><br> **ORDER FOR REASSIGNMENT TO A DISTRICT COURT JUDGE** |

On June 16, 2009, defendant JP Morgan (as an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver) moved to dismiss pursuant to Rule 12(b)(6). On June 17, 2009, this court ordered that the parties file either a "consent to proceed before a United States Magistrate Judge," or else a "declination to proceed before a United States Magistrate Judge and request for reassignment" no later than June 30, 2009. ("June 30, 2009 Order"). All of the parties have not consented (or otherwise responded to the June 30, 2009 Order) to jurisdiction of this court. Accordingly, the above-captioned action shall be

1 | reassigned to a district court judge.

2 |     IT IS SO ORDERED.

3 | Dated: July 2, 2009

                                            */s/ Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*