**WILLIAM B. LOOK, JR.**
Attorney at Law
PO BOX 1381
Monterey, CA  93942
831-372-1371/372-5779 FAX
email: look_mtr@sbcglobal.net
#66631

Attorney for Plaintiff

(SPACE BELOW FOR COURT USE ONLY)

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan M. Cabral, Esther L. Matthews,<br><br>    Plaintiffs,<br><br>v.<br><br>California Reconveyance Company, Washington Mutual Bank FA, JPMorgan Chase Bank NA,  And All Persons Unknown Claiming Any Legal Or Equitable Right, Title, Estate, Lien Or Interest In The Property Described In The Complaint Adverse To Plaintiffs' Title, Or Any Cloud Upon Plaintiffs' Title Thereto,  Does 1-100,<br><br>    Defendants. | CASE: 5:09-cv-02582-JW (PVT)<br><br><br><br>**STIPULATION FOR FILING OF AMENDED COMPLAINT AND TO CONTINUE ADR COMPLETION DATE AND ORDER THEREON** |

   **Plaintiffs and defendants stipulate as follows:**

**1. The parties, having met and conferred prior to the filing of a Motion to Dismiss Plaintiffs' First Amended Complaint by Defendant JPMorgan, agreed that Plaintiffs will file a Second Amended Complaint to provide a more definite statement of allegations against Defendant JPMorgan in support of the existing causes of action.  Plaintiffs now**

1

request that the Court permit Plaintiff's to file their Second amended Complaint on or before February 12, 2010. JPMorgan hereby stipulates to the requested filing date of February 12, 2010;

2. The parties further stipulate that the filing of the amended complaint will not be deemed to alter the status quo ante removal;

3. And whereas the present cause has already been referred to ADR (mediation) with a completion date of February 2, 2010, and the parties desire to attempt resolution prior to engaging in further litigation, and whereas they further desire sufficient time to complete ADR, they hereby stipulate to extend the completion date for ADR to and including March 31, 2010. Defendant JPMorgan is presently reviewing and considering Plaintiffs' application for a loan modification. The additional time, if granted, would allow further consideration of Plaintiffs' application and narrowing of issues that may be considered during the ADR process, if the parties do not resolve the matter prior to March 31, 2010;

4. The parties agree that Defendant shall file a pleading or motion in response to Plaintiffs' Second amended Complaint within two (2) weeks of the continued ADR completion date of March 31, 2010 if the parties are unable to resolve the case before said date.

So stipulated:

**DATE: January 27, 2009**       __//ss//_____
                                 **William B. Look, Jr., Attorney for Plaintiffs**

**DATE: January 27, 2009**       _____//ss//_____
                                 **R. Roberts, Jr., for Adorno Yoss Alvarado & Smith Attorneys for Defendants**

**ORDER**

**Good cause appearing,**

**The foregoing stipulation is approved and the mediation completion date extended to** March 29, 2010 **date. Defendant(s) shall file a pleading or motion in response to Plaintiffs' Second amended Complaint on or before** April 5 **2010.**

**DATED:** February 17, 2010

_____
United States District Judge

**Cabral v. California Reconveyance et al. 5:09-cv-02582**