**WILLIAM B. LOOK, JR.**
Attorney at Law
PO BOX 1381
Monterey, CA  93942
831-372-1371/372-5779 FAX
email: look_mtr@sbcglobal.net
#66631

(SPACE BELOW FOR COURT USE ONLY)

**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan M. Cabral, Esther L. Matthews,<br><br>　　　Plaintiffs,<br><br>v.<br><br>California Reconveyance Company, Washington Mutual Bank FA, JPMorgan Chase Bank NA,  And All Persons Unknown Claiming Any Legal Or Equitable Right, Title, Estate, Lien Or Interest In The Property Described In The Complaint Adverse To Plaintiffs' Title, Or Any Cloud Upon Plaintiffs' Title Thereto,  Does 1-100,<br><br>　　　Defendants. | CASE: 5:09-cv-02582-JW (PVT)<br><br><br><br><br>**STIPULATION TO CONTINUE ADR COMPLETION DATE AND ORDER THEREON** |

　　　Plaintiffs and defendants stipulate as follows:

**1.  This case has been referred to ADR (mediation), and the present ADR completion date is March 31, 2010.**

**2.   Following an ADR telephone conference with the appointed mediator, Peter W.**

2037802.1                               1

**Sherwood, on March 24, 2010, the parties scheduled a mediation, which is to occur on May 6, 2010.**

**3.   Whereas the parties desire to attempt resolution prior to engaging in further litigation, and whereas they further desire sufficient time to complete ADR, they hereby stipulate to extend the completion date for ADR to and including May 7, 2010.  Defendant JPMorgan is presently reviewing and considering Plaintiffs' application for a loan modification.  The additional time, if granted, would allow further consideration of Plaintiffs' application and narrowing of issues that may be considered during the ADR process, if the parties do not resolve the matter prior to the mediation.**

**So stipulated:**

**DATE: March 24, 2010**                    \_\_//ss//_____
                                             **William B. Look, Jr., Attorney for Plaintiffs**

**DATE: March 24, 2010**                    \_\_//ss//_____
                                             **Patricio A. Marquez, for Adorno Yoss Alvarado & Smith, Attorneys for Defendants**

# ORDER

**Good cause appearing,**

**The foregoing stipulation is approved and the mediation completion date extended to** \_\_\_May 7, 2010\_\_\_ **.**

**DATED:** \_\_\_April 9,\_\_\_ **, 2010**   \_\_\_\_*/s/ James Ware*\_\_\_\_
                                       **United States District Judge**

**Cabral v. California Reconveyance 5:09-cv-02582**