**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7       IN THE UNITED STATES DISTRICT COURT
8       FOR THE NORTHERN DISTRICT OF CALIFORNIA
9       SAN JOSE DIVISION
10  Jonathan Cabral, et al.,                          NO. C 09-02582 JW

11              Plaintiffs,                           **JUDGMENT**
        v.
12
    California Reconveyance Co., et al.,
13
                Defendants.
14  _____/

15      Pursuant to the Court's October 21, 2010 Order Granting Defendants' Motion to Dismiss;

16  Remanding Case to State Court, judgment is entered in favor of Defendants California

17  Reconveyance Company, Washington Mutual Bank F.A., JP Morgan Chase Bank N.A. as to the

18  federal Truth in Lending Act and Regulation Z claims.

19      The Court declines supplemental jurisdiction over Plaintiffs' remaining state law claims.

20  Accordingly, the Court dismisses all remaining state law claims without prejudice to Plaintiffs to

21  refile in state court.

22      The Clerk shall close this file.

23
24  Dated:  October 21, 2010
        JAMES WARE
25      United States District Judge
26
27
28

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  John M.  Sorich jsorich@adorno.com
   Patricio Antonio Marquez pmarquez@adorno.com
3  Patrick A Cathcart pcathcart@adorno.com
   Reginald Roberts rroberts@adorno.com
4  Scott J.  Stilman sstilman@adorno.com
   Tiffany Morgan Birkett tbirkett@foleymansfield.com
5  William Blackford Look look_mtr@sbcglobal.net

6

7  **Dated:  October 21, 2010**                    **Richard W. Wieking, Clerk**

8
                                                   **By:    /s/ JW Chambers**
9                                                      **Elizabeth Garcia**
                                                       **Courtroom Deputy**
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28